# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMA OROZCO,** <br><br> Plaintiff <br><br> v. <br><br> **GRUMA CORPORATION, a Nevada corporation; and DOES 1 to 10,** <br><br> **Defendants** | **CASE NO. 1:20-CV-1290 AWI EPG** <br><br> **ORDER PERMITTING PARTIES TO SUBMIT ADDITIONAL DECLARATIONS AND OBJECTIONS TO EVIDENCE** |

As part of the briefing for the motion to compel arbitration, the parties have filed many declarations. Both parties have made objections to the other side's declarations on a variety of bases. Given that evidence will be determinative in this motion, this court will allow both sides to file additional declarations. In particular, the declaration of Plaintiff Norma Orozco is key. Similarly, the declaration of Horacio Gaitan is important but the substance of his declaration appears to be based on business records that are vaguely alluded to and have not been submitted; Defendant has not yet provided a declaration from Patrick Lopez who would be the person with first hand knowledge of the matter at issue.

Both parties may file corrected and/or additional declarations by August 20, 2021. Both parties may then file evidentiary objections by September 2, 2021.

IT IS SO ORDERED.

Dated: __July 6, 2021__       _____
                                  SENIOR DISTRICT JUDGE