# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA OROZCO,<br><br>　　　　Plaintiff,<br>vs.<br><br>GRUMA CORPORATION, a Nevada corporation; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 1:20-cv-1290-AWI-EPG<br><br>Removed From Fresno County Superior Court, Case No. 20CECG01783<br><br>**ORDER REGARDING NOTICE OF JOINT MOTION OF ALL PARTIES TO VACATE A PORTION OF THE ORDER PURSUANT TO SETTLEMENT**<br><br>RELATED CASE NOTICE FILED 9/14/20:<br>Graciela Villa v. Gruma Corporation, Case No. 1:19-cv-01721-DAD-BAM<br>Norma Orozco v. Gruma Corporation, Case No. 1:20-cv-01293-DAD-EPG |

Pursuant to the Joint Notice of Settlement and Request For All Parties to Vacate the Portion of its Order of September 30 Order granting the dismissal of Plaintiff's PAGA claims to facilitate implementation of the parties' settlement.

IT IS SO ORDERED.

Dated:  July 25, 2022　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1