1  CDF LABOR LAW LLP
       Dan M. Forman, State Bar No. 155811
2      dforman@cdflaborlaw.com
       Corey J. Cabral, State Bar No. 286712
3      ccabral@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone: (213) 612-6300
5
   Attorneys for Defendant
6  Gruma Corporation

7  MATHEW & GEORGE
       Abraham Mathew, State Bar No. 181110
8      abraham@mathewandgeorge.com
       Jacob George, State Bar No. 213612
9      jacob@mathewandgeorge.com
   500 South Grand Avenue, Suite 2050
10 Los Angeles, CA 90071
   Telephone: (310) 478-4349
11
   PARK APC
12     Sang J. Park, State Bar No. 232956
       sang@park-lawyers.com
13 5670 Wilshire Boulevard, Suite 1800
   Los Angeles, CA 90036
14 Telephone: (310) 627-2964

15 Attorneys for Plaintiff
   NORMA OROZCO
16

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19

20 | NORMA OROZCO,                          ) Case No. 1:20-cv-1290-AWI-EPG
                                            )
21          Plaintiff,                      )
      vs.                                   ) **[PROPOSED] ORDER REGARDING**
22                                          ) **NOTICE OF JOINT MOTION OF ALL**
   GRUMA CORPORATION, a Nevada              ) **PARTIES TO VACATE ORDER**
23 corporation; and DOES 1 to 10,           ) **PURSUANT TO SETTLEMENT**
                                            )
24          Defendants.                     )
                                            )
25                                          )
                                            )
26                                          )
                                            )
27 _____  )

28

                                                            _____
                                                                        [PROPOSED] ORDER

CDF LABOR LAW LLP

**[PROPOSED] ORDER**

Pursuant to the Joint Notice of Settlement and Request For All Parties to Vacate, and in order to facilitate implementation of the parties' settlement, the Court hereby VACATES the portion of the September 30, 2021 Order (Doc. No. 21) that granted the dismissal of Plaintiff's PAGA claims.

IT IS SO ORDERED.

Dated: July 26, 2022

_____
SENIOR DISTRICT JUDGE