1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9   **NORMA OROZCO,**                         | **CASE NO. 1:20-CV-1290 AWI EPG**

10              **Plaintiff**

11         **v.**                             **ORDER VACATING SEPTEMBER 12, 2022 HEARING AND ORDER GRANTING UNOPPOSED MOTION TO AMEND**

12   **GRUMA CORPORATION, and DOES 1 to 10,**

13

14              **Defendants**               (Doc. No. 32)

15

16          Currently pending before the Court is Plaintiff's unopposed motion to file an amended

17   complaint.  See Doc. No. 32.  The unopposed motion to amend was filed pursuant to a settlement

18   agreement that was reached through the Ninth Circuit mediation program.  See Doc. Nos. 27, 28,

19   32.  Hearing on the motion to amend is set for September 12, 2022.  In light of the successful

20   mediation with the Ninth Circuit, as well as the procedural steps that have already occurred in this

21   Court to effectuate the mediated resolution of this case, the Court detects no reason to hold a

22   hearing on September 12, 2022.  Instead, the Court finds it appropriate to vacate the September

23   12, 2022 hearing date and to grant Plaintiff's unopposed motion to amend.

24

25                                    **ORDER**

26          Accordingly, IT IS HEREBY ORDERED that:

27   1.    The September 12, 2022 hearing date is VACATED;

28   2.    Plaintiff's unopposed motion to file an amended complaint (Doc. No. 32) is GRANTED;

3.    Plaintiff shall immediately file the proposed amended complaint (which is  Exhibit A to
       the motion to amend);

4.    Upon the filing of the amended complaint, that complaint shall be the operative complaint
       in this matter; and

5.    The parties shall as expeditiously as possible continue to effectuate the mediated settlement
       reached through the Ninth Circuit mediation program.

IT IS SO ORDERED.

Dated:   August 8, 2022                        _____
                                                SENIOR  DISTRICT  JUDGE