ABRAHAM MATHEW, SBN 181110
*abraham@mathewandgeorge.com*
JACOB GEORGE, SBN 213612
*jacob@mathewandgeorge.com*
MATHEW & GEORGE
500 South Grand Avenue, Suite 2050
Los Angeles, California 90071
Telephone:   (310) 478-4349
Fax:   (310) 478-9580

SANG J PARK, SBN 232956
*sang@park-lawyers.com*
PARK APC
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone:   (310) 627-2964
Fax:   (310) 362-8279

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA OROZCO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GRUMA CORPORATION, a Nevada corporation; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 1:20-cv-1290-AWI-EPG<br><br>Hon. Anthony W. Ishii<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>[Concurrently filed with Memorandum of Points and Authorities in support of Motion; Declaration of Sang J Park; (Proposed) Order; Joint Stipulation in Support of Motion]<br><br>Date:   October 3, 2022<br>Time:   1:30 pm<br>Place:   Courtroom 2 |

TO THE HONORABLE ANTHONY W. ISHII, DEFENDANT GRUMA CORPORATION AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 3, 2022 at 1:30 pm or as soon thereafter as this matter may be heard in Courtroom 2 of the Eastern District Court of California, located at 2500 Tulare Street, Fresno, CA 93721, the Honorable Anthony W. Ishii presiding, Plaintiff Norma Orozco ("Orozco") will and hereby does move the Court for an Order granting approval of a settlement of PAGA claims between Defendant Gruma Corporation and Plaintiff reached through the Ninth Circuit mediation program.

This Motion is based on: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of Motion for Approval of PAGA Settlement; (3) Declaration of Sang J Park; (4) the [Proposed] Order; (5) Joint Stipulation in Support of Motion for Approval of PAGA Settlement; (6) the records, pleadings, and papers filed in this action; and (7) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Respectfully Submitted,

Dated: September 1, 2022

MATHEW & GEORGE PARK APC

By: *Sang J Park*
    Sang J Park

Attorneys for Plaintiff